# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEANETTE ETRO | 1:14-cv-08924 |
| Plaintiff, | Honorable John Robert Blakey |
| v. | |
| BLITT AND GAINES, P.C. | |
| Defendant. | |

**NOTICE OF APPEAL TO THE COURT OF APPEALS FROM A JUDGMENT OR ORDER FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

NOTICE is hereby given that Plaintiff, ROBERT JACKSON, in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment entered on March 18, 2015 (Document No. 19) by the Honorable John Robert Blakey, Judge of the United States District Court for the Northern District of Illinois, Eastern Division.

Dated April 16, 2015

Respectfully submitted:

/s/Matthew Hector_____
Matthew Hector, ARDC #6283058

Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
(630) 575-8181
mhector@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a copy of the foregoing has been served by operation of the court's electronic filing system, or in the alternative, via US Mail, this 16th day of April 2015, addressed to:

Michael L. Starzec
661 Glenn Avenue
Wheeling, Illinois 60090
mike@blittandgaines.com

/s/ Matthew H. Hector
Matthew H. Hector, ARDC No. 6283058
SULAIMAN LAW GROUP, LTD.
Attorney for Plaintiff

Matthew H. Hector ARDC# 6283058
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
Telephone: (630) 575-8181
Main Fax: (630) 575-8188
mhector@sulaimanlaw.com